**<u>Exhibit 1</u>**

**Stipulation**

Case 25-52358-KBO    Doc 5-1    Filed 10/15/25    Page 1 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiffs, | Adv. Pro. No. 25-52358 (KBO) |
| v. | |
| GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT, and MARCO KROHN, | |
| Defendants. | |

## Stipulation

1. This Stipulation is entered into by and among the above-captioned Plaintiffs and Genesis Digital Assets Limited, GDA US Inc., DDH (North America) Inc., DDH-CHOLLA, LLC, and DDH-OK-1, LLC ("the Stipulating Defendants") (together with Plaintiffs, the "Parties" and each a "Party"), shall apply in the above-captioned adversary proceeding (the "Adversary Proceeding").

2. WHEREAS, Plaintiffs filed the Complaint in this Adversary Proceeding on September 22, 2025 ("Complaint").

3. WHEREAS, Plaintiffs served the summons and Complaint on DDH (North America) Inc., DDH-Cholla, LLC, DDH-OK-1, LLC on September 23, 2025.

4. WHEREAS, the Parties wish to enter into an agreed upon response time and briefing schedule for any motions to dismiss that are filed in response to the Complaint;

5. The Parties agree as follows:

   a. GDA US Inc. and Genesis Digital Assets Limited accept service of the summons and Complaint as of October 6, 2025, subject to the reservation of rights contained herein.

   b. Stipulating Defendants have until January 12, 2026 to answer, move to dismiss, or otherwise respond to the Complaint.

   c. If any Stipulating Defendants file a motion to dismiss, Plaintiffs' oppositions to the motion(s) to dismiss shall be due February 20, 2026 and the moving Stipulating Defendant's reply(ies) shall be due March 20, 2026.

   d. The Stipulating Defendants waive any defense relating to sufficiency of service of process. However, nothing herein prevents, and the Stipulating Defendants do not waive and expressly reserve, without limitation, all other rights, defenses, and objections to the claims in this Adversary Proceeding, including but not limited to (i) defenses based on lack of personal jurisdiction, lack of subject matter jurisdiction, lack of standing, improper venue, or improperly named defendants, and (ii) affirmative claims or counterclaims against Plaintiffs and/or Plaintiffs' affiliates. For the avoidance of doubt, nothing in this Stipulation or related Order shall be deemed a waiver of the Stipulating Defendants' rights under Local Rule 9013-1(h) or any other rights or objections related to jurisdiction.

6. This Stipulation applies only to the undersigned Parties.

7. This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. Each of the Parties hereto represents that the applicable undersigned signatory is duly authorized to execute this Stipulation on such Party's behalf.

Dated: October 10, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
    cobb@lrclaw.com
    mcguire@lrclaw.com
    robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Stephen Ehrenberg (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
    ehrenbergs@sullcrom.com
    gluecksteinb@sullcrom.com
    dunnec@sullcrom.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)
Isaac Nesser (admitted *pro hac vice*)

Heather Christenson (admitted *pro hac vice*)
Andrew Kutscher (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
E-mail: sascharand@quinnemanuel.com
isaacnesser@quinnemanuel.com
heatherchristenson@quinnemanuel.com
andrewkutscher@quinnemanuel.com

*Counsel for Plaintiff FTX Recovery Trust*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael R. Nestor*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Kevin R. Guerke (4096)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Tel.: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: mnestor@ycst.com
kcoyle@ycst.com
kguerke@ycst.com

**LATHAM & WATKINS LLP**
Robert J. Malionek (*pro hac vice forthcoming*)
Caroline A. Reckler (*pro hac vice forthcoming*)
Elizabeth A. Morris (*pro hac vice forthcoming*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
E-mail: robert.malionek@lw.com
caroline.reckler@lw.com
elizabeth.morris@lw.com

*Counsel for Defendants Genesis Digital Assets Limited, GDA US Inc., DDH (North America) Inc., DDH-CHOLLA, LLC, and DDH-OK-1, LLC*

4