**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, Plaintiff, v. GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT, and MARCO KROHN, Defendants. | Adv. Pro. No. 25-52358 (KBO) |

**DECLARATION OF EVGENY LVOV IN SUPPORT OF THE MOTION OF GENESIS DIGITAL ASSETS LTD., GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC AND DDH-OK-1, LLC TO DISMISS PLAINTIFF'S COMPLAINT**

I, Evgeny Lvov, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows in support of the concurrently filed Motion of Genesis Digital Assets Ltd., GDA US Inc., DDH (North America) Inc., DDH-Cholla, LLC, and DDH-OK-1, LLC to Dismiss Plaintiff's Complaint (the "***Motion to Dismiss***"): [1]

1. I am currently employed by Genesis Digital Assets Limited ("***GDA Limited***") and have been employed by GDA Limited or affiliates since 2019. I currently serve as the Head of

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Dismiss.

Finance at GDA Limited, and I have served in that or similar positions at GDA Limited or its affiliates since April 2019. I am authorized to and hereby submit this declaration in support of GDA Limited's Motion to Dismiss.

2. In connection with my role at GDA Limited as Head of Finance, I am familiar with GDA Limited and its subsidiaries (including the subsidiaries named as defendants in this litigation, which I refer to as the "***DDH Entities***"), including their corporate structure and, where applicable, the nature of their businesses, the location of their offices, and the places their businesses are conducted, among other things.

3. The facts stated herein are true based on my own personal knowledge or my review of records maintained in the regular course of business by GDA Limited. If called as a witness, I could and would testify competently thereto.

**GDA Limited**

4. GDA Limited is a Cypriot company in the digital asset industry. It is merely a holding company. Certain subsidiaries of GDA Limited are in the business of building, managing, and scaling bitcoin mining and/or hosting facilities throughout the world. GDA Limited itself does not build, manage, or scale bitcoin mining and/or hosting facilities. GDA Limited has not been involved in building, managing or scaling any bitcoin mining facilities in the United States.

5. GDA Limited was founded, incorporated, and registered as a private limited liability company in Cyprus on June 15, 2017. GDA Limited has maintained one or more Cyprus offices since its founding. From 2017 to 2022, GDA Limited was headquartered outside of the United States in an Eastern European city. Since September 2022, GDA Limited has been headquartered in Dubai. The Dubai office has been and continues to be the site of all strategic management of GDA Limited, including where officers direct and coordinate GDA Limited's

strategy and overall business. Currently, all of GDA Limited's officers are located in Dubai, other than its head of legal, who is located in Cyprus along with several other employees of GDA Limited.

6. GDA Limited has never been incorporated in the United States, and does not have, and has never had, offices, officers, managers, directors, or employees in the United States.

7. GDA Limited has one bank account in Puerto Rico holding approximately $10,000. GDA Limited holds no other assets in the United States.

8. GDA Limited is not registered to do business in the United States and it does not have any business licenses based in the United States.

9. GDA Limited does not sell, and never has sold, any digital assets in the United States.

10. GDA Limited and its subsidiaries have one website that is operated by Genesis Digital Assets DIFC Branch. On that website, two offices are listed: Dubai and Houston, Texas. The Dubai office is the headquarters of GDA Limited and is staffed with GDA Limited officers and employees, as stated above. The Houston office is not an office of GDA Limited. Instead, the Houston office is occupied by a subsidiary of GDA Limited, DDH (NA), as described below.

11. GDA Limited is occasionally approached by its subsidiaries, including the DDH Entities, for approval of significant transactions or business decisions. While GDA Limited may from time to time provide advice on such transactions or decisions, it is the subsidiaries that ultimately propose, implement, manage, operate, and execute them.

12. Since its founding, GDA Limited's shareholder agreement has been governed by English law and contains agreements to submit disputes to the exclusive jurisdiction of courts of England and Wales.

**GDA Limited's Funding Rounds**

13. In 2021 and 2022, GDA Limited undertook three funding rounds to accelerate growth, expand operations, and increase assets in anticipation of a potential initial public offering and raised a total of $1,095,398,274 in funding.

14. In early 2021, GDA Limited undertook the first funding round, which involved Borderless Digital Brands Holding Ltd. (Kingsway), a non-US investor, as the lead investor. In this funding round, GDA Limited raised a total of $150,000,000 from 2 different entities by selling 360 shares at a price of $416,667 per share. This is approximately 14% of the total funding from the three funding rounds in 2021 and 2022.

15. In spring through fall of 2021, GDA Limited engaged in a second funding round. In this funding round, GDA Limited raised a total of $431,250,000 from 13 different entities by selling 207 Series A Preferred Shares at a price of $2,083,333.34 per share. This is approximately 39% of the total funding from the three funding rounds in 2021 and 2022.

16. In 2022, GDA Limited engaged in a third fundraising round. In this funding round, GDA Limited raised a total of $514,148,274 from 4 different entities by selling 158 Series A Preferred Shares at a price of $3,254,103 per share. This is approximately 47% of the total funding from the three funding rounds in 2021 and 2022.

**Alameda's Investments In GDA Limited**

17. Alameda Research Ventures Ltd. ("***Alameda Ventures***") and Alameda Research LLC only participated in the second and third funding rounds.

18. As part of the second funding round, Alameda Ventures invested $100,000,000.32 to purchase 48 Series A Preferred Shares from GDA Limited at a price of $2,083,333.34 per share. These funds were transferred from Alameda Research Ltd.'s US-based bank account to GDA Limited's bank account, located at CBH Compagnie Bancaire Helvétique SA in Switzerland.

19. In connection with its investment in the second funding round, Alameda Ventures entered into a share purchase agreement with GDA Limited on August 31, 2021 (the "***First SPA***"). A true and correct copy of the First SPA is attached hereto as **Exhibit 1**. The First SPA provides "[t]his Agreement shall be construed in accordance with and governed by English Law." Exhibit 1 § 8.14. The First SPA also provides "[a]ny suit, Action or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby shall initially be brought and determined in the courts of England and Wales." Exhibit 1 § 8.15. Alameda Ventures contributed only approximately 23% of the total funds raised in the second fundraising round and only approximately 9% of the total funds raised across all three funding rounds.

20. As part of the third funding round, Alameda Research LLC invested $501,131,862 to purchase 144 Series A Preferred Shares from GDA Limited at a price of $3,254,103 per share. In connection with this funding round, on February 28, 2022, GDA Limited entered into a share purchase agreement (the "***Second SPA***") with Alameda Research LLC for the sale of 77 additional Series A Preferred Shares for $250,565,931, at a price of $3,254,103 per share, which was based on a then-current valuation of $5.75 billion. In connection with the Second SPA, on February 28, 2022, Alameda Research LLC transferred $250,565,931 from its bank account to GDA Limited's Maerki Baumann & Co. AG bank account, which was located in Switzerland. A true and correct copy of the Second SPA is attached hereto as **Exhibit 2**. The Second SPA provides "[t]his Agreement shall be construed in accordance with and governed by English Law." Exhibit 2 § 8.14. The Second SPA also provides "[a]ny suit, Action or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the

transactions contemplated hereby shall initially be brought and determined in the courts of England and Wales." Exhibit 2 § 8.15.

21. The Second SPA also included (i) an option for GDA Limited under which it could bind Alameda Research LLC to purchase up to 77 additional Series A Preferred Shares at a price of $3,254,103 per share (the "***Option***"), and (ii) a call option for Alameda Research to subscribe for up to 116 Ordinary Shares in GDA at the same price ($3,254,103) (the "***Call Option***").[2]

22. On April 7, 2022, GDA Limited exercised the Option under the Second SPA. As a result, on April 13, 2022, Alameda Research LLC transferred $250,565,931 from its bank account to GDA Limited's Maerki Baumann & Co. AG bank account, which was located in Switzerland, for the purchase of 77 Series A Preferred Shares at the agree upon price. In connection with its investments under the Second SPA, Alameda Research contributed only approximately 46% of the total funds raised by GDA Limited across all three funding rounds.

23. In total, Alameda Research, Alameda Research Ltd., and Alameda Ventures invested $601,131,862.32 into GDA Limited, which constitutes only approximately 55% of the funding that GDA Limited raised across all three funding rounds in 2021 and 2022.

**The DDH Entities**

24. GDA Limited is the sole owner of GDA US Inc. ("***GDA US***"). DDH (North America), Inc. ("***DDH (NA)***") is a wholly owned subsidiary of GDA US. DDH-Cholla, LLC, and DDH-OK-1, LLC (collectively, with GDA US and DDH (NA), the "***DDH Entities***") are wholly owned subsidiaries of DDH (NA).

---

[2] The other entities that participated in this funding round—Olshan Family 2016 Trust No. 1, Lime Partners, LLC (Belfer SPV), and Belfer Investment Partners, L.P. (Belfer SPV)—only purchased shares and did not receive any options.

25. The DDH Entities build, manage, and scale bitcoin mining and/or hosting facilities in their respective locations. At these mining and/or hosting facilities, the subsidiaries, such as the DDH Entities, generate revenue through the generation of hashrate,[3] which is later converted into bitcoin, and then into dollars. Under this structure, the subsidiaries of GDA Limited, including the DDH Entities, have built and currently manage and operate bitcoin mining facilities in Kazakhstan, Sweden, Argentina and the United States. In 2021, the bitcoin mining facilities of GDA Limited and its subsidiaries were predominantly in Kazakhstan. In June 2021, a subsidiary of GDA Limited launched a data center in Sweden. At the end of November 2021, the DDH Entities launched a small data center in the United States that generated less than 1% of the total hashrate generated by GDA Limited's operating subsidiaries in 2021. In 2022, the Kazakhstan and Sweden operations represented more than 50% of the total hashrate generated by GDA Limited's operating subsidiaries.

26. The DDH Entities are independent entities, managed by each entity's own employees and officers. GDA Limited does not direct or control the day-to-day operations of the DDH Entities, including the DDH Entities' spending. Rather, officers and employees of the DDH Entities direct all day-to-day operations of the subsidiaries.

27. None of GDA Limited's officers are directors or officers of the DDH Entities.

28. As mentioned above, DDH (NA) has an office in Houston, Texas. DDH (NA)'s officers and employees are primarily located in that office. None of DDH (NA)'s officers or

[3] Hashrate refers to the aggregate computing power that a subsidiary dedicates to performing cryptographic hash calculations on the bitcoin network. It effectively represents the capacity of the subsidiary's mining operations to generate bitcoin and as a result, generate revenue. In short, revenue generated correlates directly with the amount of hashrate.

employees are located outside the United States and none work at GDA Limited's headquarters in Dubai.

29. Each DDH Entities, including GDA US, DDH (NA), DDH-Cholla LLC and DDH-OK-1, LLC:

(a) is validly incorporated, elects directors and/or officers;

(b) has its own bylaws or LLC agreements;

(c) holds annual board meetings or has unanimous written consents for corporate actions;

(d) enters into contracts in its own name;

(e) files or pays property and sales taxes in its own name;

(f) maintains its own corporate records; and

(g) and has its own corporate checking and banking accounts.

30. Each of the DDH Entities currently has positive EBITDA and maintain sufficient capital to fund its own operations—*i.e.*, they are not dependent on any funding from GDA Limited or GDA Limited's investors. For the past three years, DDH (NA) has generated positive EBITDA, and those profits generated by DDH (NA) have remained with DDH (NA) to fund its operations and investment into its bitcoin mining operations in the United States.

[*Remainder of the Page Left Intentionally Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2026.

*/s/ Evgeny Lvov*
Evgeny Lvov