**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>     Plaintiff,<br><br>  -against-<br><br>GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT and MARCO KROHN,<br><br>     Defendants. | Adv. Pro. No. 25-52358 (KBO) |

**DECLARATION OF CHRISTOPHER J. DUNNE IN SUPPORT OF PLAINTIFF'S
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS GENESIS
DIGITAL ASSETS LTD., GDA US INC., DDH (NORTH AMERICA) INC.,
<u>DDH-CHOLLA, LLC AND DDH-OK-1, LLC'S MOTION TO DISMISS</u>**

I, Christopher J. Dunne, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner at Sullivan & Cromwell LLP, counsel for Plaintiff FTX Recovery Trust.  I submit this declaration in connection with Plaintiff's Memorandum of Law in Opposition to Defendants Genesis Digital Assets Ltd. ("GDA"), GDA US Inc., DDH (North America) Inc., DDH-Cholla, LLC and DDH-OK-1, LLC's Motion To Dismiss (the "Memorandum in Opposition"),[1] filed concurrently herewith, to place before the Court certain documents and information referenced in the Complaint or relied upon in the Memorandum in Opposition to oppose arguments raised by Defendants in their motion to dismiss.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an Agreement for the Sale and Purchase of Shares that Samuel Bankman-Fried executed on behalf of Alameda Research LLC on January 19, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a Bloomberg Legal Entity Identifier (LEI) webpage for the entity Olshan Family 2016 Trust No. 1, accessed on January 26, 2026, and available at https://lei.bloomberg.com/leis/view/894500328WTH1EQGZW66.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a Bloomberg Legal Entity Identifier (LEI) webpage for the entity Lime Partners, LLC, accessed on January 26, 2026, and available at https://lei.bloomberg.com/leis/view/549300GZZPFTJIJ0WL25.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a Bloomberg Legal Entity Identifier (LEI) webpage for the entity Belfer Investment Partners L.P., accessed on January 26, 2026, and available at https://lei.bloomberg.com/leis/view/4Q2T1DEW9NYUHCE8DN58.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Memorandum in Opposition.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between marco.streng@genesisda.com, adam.jin@ftx.com, evgeny.lvov@genesisda.com, ramnik@ftx.com, ms@kingswaycap.com, katharina.haid@genesisgroup.com, ac@king-swaycap.com, david.ma@ftx.com, ow@kingswaycap.com, and ilya.glazyrin@genesisda.com from July 2 to July 16, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a promotional slide that marco.streng@genesisda.com sent to adam.jin@ftx.com, evgeny.lvov@genesisda.com, ramnik@ftx.com, ms@kingswaycap.com, katharina.haid@genesisgroup.com, ac@king-swaycap.com, david.ma@ftx.com, ow@kingswaycap.com, and ilya.glazyrin@genesisda.com on July 16, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a September 21, 2021 GDA press release titled "Genesis Digital Assets Raises $431 Million to Fund Expansion of In-dustrial-Scale Bitcoin Mining Operations in the US and Nordics," accessed on January 26, 2026, and available at https://genesisdigitalassets.com/genesis-digital-assets-raises-431-million-to-fund-expansion-of-industrial-scale-bitcoin-mining-operations-in-the-us-and-nordics/.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a draft employment agree-ment that marco.streng@genesisda.com sent to ramnik@ftx.com on March 23, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a "Contact" page on GDA's website, archived on May 27, 2022, accessed on February 19, 2026, and available at https://web.archive.org/web/20220527022012/https://genesisdigitalassets.com/contact/.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a "Contact us" page on GDA's website, accessed on January 26, 2026, and available at https://genesisdig-italassets.com/contact-us/.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a spreadsheet listing information about GDA's debts, which Katie.Kaplucha@lw.com (representing GDA) sent to can@ftx.com, emily.petridou@pwc.com, anastazia.kyriakou@pwc.com, nayia.ziourti@pwc.com, Mike.Turner@lw.com, evgeny.lvov@genesisda.com, maxim.soulimov@genesisda.com, and ramnik@ftx.com on February 25, 2022.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a spreadsheet reflecting shipping information for GDA and its affiliates that was obtained from the Debtors' document repository.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of an email from marco.streng@genesisda.com  to ramnik@ftx.com, adam.jin@ftx.com, and katharina.haid@genesis-group.com on July 26, 2022.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between adam.jin@ftx.com, katharina.haid@genesis-group.com, marco.streng@genesisda.com, and ramnik@ftx.com from August 4 to August 5, 2022.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email from katharina.haid@genesis-group.com to ramnik@ftx.com on September 25, 2022.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email from marco.streng@genesisda.com to sam@ftx.com and christian.anderson@mac.com on January 6, 2022.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email chain between ca51821@citi.com/christian.anderson@citi.com and sam@ftx.com from January 8 to January 9, 2022.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a Financial Industry Regulatory Authority (FINRA) BrokerCheck report for Christian James Anderson, accessed on January 26, 2026, and available at https://files.brokercheck.finra.org/individual/individual_4605121.pdf.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of an email chain between christian.anderson@mac.com, ramnik@ftx.com, marco.streng@genesisda.com, and abdumalik.mirakhmedov@genesisda.com from December 22, 2021, to March 23, 2022.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of an email from marco.streng@genesisda.com to sam@ftx.com, ms@kingswaycap.com, ross.stevens@stoneridgeam.com, matt@paradigm.xyz, abdumalik.mirakhmedov@genesisda.com, and andrey.kim@genesisda.com on January 5, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in New York, New York, on this 20th day of February 2026

*/s/ Christopher J. Dunne*
Christopher J. Dunne
Sullivan & Cromwell LLP