**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | |
| GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT and MARCO KROHN, | Adv. Pro. No. 25-52358 (KBO) |
| Defendants. | |

**ORDER APPROVING STIPULATION
TO STAY THE ADVERSARY PROCEEDING**

Upon the *Certification of Counsel* and *Stipulation to Stay the Adversary Proceeding* (the "Stipulation") entered into between Plaintiff FTX Recovery Trust and Defendants Genesis Digital Assets Limited, GDA US Inc., DDH (North America) Inc., DDH-Cholla, LLC, and DDH-OK-1, LLC, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is hereby APPROVED.

2.      The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

*Ka B. O*

**Dated: March 3rd, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

2