**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 25-52358 (KBO) |
| GENESIS DIGITAL ASSETS LIMITED, GDA US INC., DDH (NORTH AMERICA) INC., DDH-CHOLLA, LLC, DDH-OK-1, LLC, RASHIT MAKHAT and MARCO KROHN, | |
| Defendants. | |

**STIPULATION TO STAY THE ADVERSARY PROCEEDING**

Plaintiff FTX Recovery Trust ("Plaintiff") and Defendants Genesis Digital Assets Limited, GDA US Inc., DDH (North America) Inc., DDH-Cholla, LLC, and DDH-OK-1, LLC, (the "GDA Defendants" and together with the FTX Recovery Trust, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation to Stay the Adversary Proceeding* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on September 22, 2025, Plaintiff initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 544, 548, and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305* [Adv. D.I. 1] (the "Complaint") against Genesis Digital Assets Limited, GDA US

Inc., DDH (North America) Inc., DDH-Cholla, LLC, DDH-OK-1, LLC, Rashit Makhat, and Marco Krohn;

WHEREAS, on September 23, 2025, Plaintiff served the summons and Complaint on DDH (North America) Inc., DDH-Cholla, LLC, DDH-OK-1, LLC;

WHEREAS, on October 10, 2025, GDA US Inc. and Genesis Digital Assets Limited accepted service of the summons and Complaint;[1]

WHEREAS, on October 15, 2025, the Court issued a *Scheduling Order* [Adv. D.I. 5] pursuant to which the GDA Defendants would respond to the Complaint by January 12, 2026, Plaintiff would file any opposition to any motion to dismiss by February 20, 2026, and the GDA Defendants would reply by March 20, 2026;

WHEREAS, on January 12, 2026, the GDA Defendants moved to dismiss the Complaint. [Adv. D.I. 15];

WHERAS, on February 20, 2026, Plaintiff filed its memorandum in opposition [Adv. D.I. 23]; and

WHEREAS, the FTX Recovery Trust is pursuing a potential transaction intended to maximize value for creditors, and the Parties have agreed to stay all deadlines in this Adversary Proceeding through June 30, 2026 to facilitate those efforts.

**NOW, THEREFORE,** it is hereby stipulated and agreed, by the Parties hereto, subject to approval by the Court, that:

1. The Parties agree to a stay and an abeyance of all deadlines in this Adversary Proceeding until June 30, 2026, subject to extension by further order of the Court. The GDA

---

[1] The FTX Recovery Trust continues to pursue service of Rashit Makhat, and Marco Krohn, but, to date, those defendants have not yet been served.

2

Defendants shall have 30 days following the stay being lifted to submit a Reply in Support of its Motion to Dismiss. The Parties reserve the right to seek to terminate this stay at any time upon application to the Court.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and the order approving it.

Dated: February 27, 2026

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Howard W. Robertson, IV* <br> Adam G. Landis (No. 3407) <br> Richard S. Cobb (No. 3157) <br> Matthew B. McGuire (No. 4366) <br> Howard W. Robertson, IV (No. 6903) <br> 919 Market Street, Suite 1800 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 467-4400 <br> Facsimile: (302) 467-4450 <br> E-mail: landis@lrclaw.com <br>     cobb@lrclaw.com <br>     mcguire@lrclaw.com <br>     robertson@lrclaw.com | */s/ Michael R. Nestor* <br> Michael R. Nestor (No. 3526) <br> Kara Hammond Coyle (No. 4410) <br> Kevin R. Guerke (No. 4096) <br> 1000 North King Street <br> Rodney Square <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> E-mail: mnestor@ycst.com <br>     kcoyle@ycst.com <br>     kguerke@ycst.com |
| -and- | -and- |
| **SULLIVAN & CROMWELL LLP** <br> Andrew G. Dietderich (admitted *pro hac vice*) <br> Stephen Ehrenberg (admitted *pro hac vice*) <br> Brian D. Glueckstein (admitted *pro hac vice*) <br> Christopher J. Dunne (admitted *pro hac vice*) <br> 125 Broad Street <br> New York, New York 10004 <br> Telephone: (212) 558-4000 <br> Facsimile: (212) 558-3588 <br> E-mail: dietdericha@sullcrom.com <br>     ehrenbergs@sullcrom.com <br>     gluecksteinb@sullcrom.com <br>     dunnec@sullcrom.com | **LATHAM & WATKINS LLP** <br> Robert J. Malionek (*pro hac vice* forthcoming) <br> Caroline A. Reckler (*pro hac vice* forthcoming) <br> Elizabeth A. Morris (*pro hac vice* forthcoming) <br> Chase A. Chesser (*pro hac vice* forthcoming) <br> Joseph L. Teresi (*pro hac vice* forthcoming) <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 906-1200 <br> E-mail: robert.malionek@lw.com <br>     caroline.reckler@lw.com <br>     elizabeth.morris@lw.com <br>     chase.chesser@lw.com <br>     joe.teresi@lw.com |
| -and- | |

*Counsel for the GDA Defendants*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)
Isaac Nesser (admitted *pro hac vice*)
Heather Christenson (admitted *pro hac vice*)
Andrew Kutscher (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
E-mail: sascharand@quinnemanuel.com
        isaacnesser@quinnemanuel.com
        heatherchristenson@quinnemanuel.com
        andrewkutscher@quinnemanuel.com

*Counsel for Plaintiff FTX Recovery Trust*